UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSEPH POOLE,

                                        Petitioner,

                vs                                          9:04-CV-1186

WILLIAM MAZZUCA, Warden,

                                        Respondent.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

JOSEPH POOLE
Petitioner, Pro Se
94-A-3690
Fishkill Correctional Facility
P.O. Box 1245
Beacon, New York 12508

HON. ANDREW M. CUOMO                      ALYSON J. GILL, ESQ.
Attorney General of the                   Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
120 Broadway
New York, NY 10271

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Petitioner, Joseph Poole, brought a petition for a writ of habeas corpus pursuant to

28 U.S.C. § 2254 on October 14, 2004.  By Report-Recommendation dated November 20,

2007, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that

the petition be denied and dismissed; and further, that a certificate of appealability not issue.

There have been no objections made to the Report-Recommendation, and indeed, the

petitioner apparently has failed to provide the court with a current address as noted in the

Report Recommendation, and the docket sheet notes the Report Recommendation itself was

returned to the court as "undeliverable."

Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and

DISMISSED in all respects; and further, no certificate of appealability will be issued.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated:   January 14, 2007
         Utica, New York.

United States District Judge